IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE:<br>JOHN FREDERICK SKELTON, III<br><br>DEBTOR(S) | §<br>§<br>§<br>§<br>§<br>§ | CASE NO. 12-34350<br><br>CHAPTER 11 |
|---|---|---|

BUSINESS RECORDS AFFIDAVIT OF URBAN TRUST BANK.

The undersigned affiant, being first duly sworn, hereby states the following:

1. "My name is Jennifer Rainey. I am over the age of 18 and competent to testify as to the matters contained herein. I have personal knowledge of each of the matters stated herein and they are all true and correct.

2. "I am employed by URBAN TRUST BANK (UTB) as Loan Servicing Manager. In my position I am a custodian for the business records of and relating to the loan that is the subject of the Debt described herein. The facts stated in this Affidavit are based on my employment with UTB, my responsibilities in said position and my review of the business records maintained by UTB.

3. Attached hereto as exhibit 'A' and incorporated herein is a true and correct copy of the Fixed Rate Note dated May 4, 2007 signed by John F. Skelton III for the amount of $1,043,500.00 and made payable to the order of GreenPoint Mortgage, Funding, Inc. ('Note').

4. Attached hereto as exhibit 'B' and incorporated herein is a true and correct copy of the Deed of Trust securing repayment of the Note.

5. Attached hereto as exhibit 'C' and incorporated herein is a true and correct copy of the Lost Note Affidavit, describing the loss or misplacement of the original note.

6. Attached hereto as exhibit 'D' and incorporated herein is a true and correct copy of the Corporate Assignment of the Deed of Trust from Mortgage Electronic Registration Systems, Inc. as Nominee for MCMCAP Homeowners' Advantage Trust III. Also attached as exhibit 'D' is a true and

correct copy of the Corporate Assignment of the Deed of Trust from MCMCAP Homeowners' Advantage Trust III as Nominee for Urban Trust Bank, Its Successors or Assigns.

7. Attached hereto as exhibit 'E' and incorporated herein is a true and correct copy of the composite loan history report for this loan. This composite loan history report is made by an employee or agent of UTB's sub-servicer Cenlar, FSB with knowledge of the act, event, condition, opinion, or diagnosis of such record and is and kept and maintained by UTB in the regular course of business by UTB.

8. Attached hereto as exhibit 'F' and incorporated herein is a true and correct copy of the Standard BPO dated January 5, 2012, June 5, 2012, November 12, 2012 and May 24, 2013. Such BPO's are conducted in the regular course of business.

9. Attached hereto as exhibit 'G' and incorporated herein is a true and correct copy of the Payoff Statement dated August 16, 2013. Showing the total amount due on the loan as of August 16, 2013 is $1,493,765.35 excluding outstanding attorney fees related to the adversary proceeding.

10. The attached records from UTB's file for the above referenced loan were made and kept in the regular course of UTBs business or were obtained by UTB when it became the owner of the loan described herein, and the records are now kept by UTB in the course of a regularly conducted activity of business in the regular practice of that activity. These records are relied upon by UTB for the maintenance and servicing of this loan and have been incorporated into UTB's business records. The attached documents are exact duplicates of the following:

    A. Fixed Rate Note date May 4, 2007
    B. Deed of Trust dated May 4, 2007
    C. Lost Note Affidavit dated October 26, 2009
    D. Corporate Assignments of Deed of Trust dated December 18, 2008 and August 9, 2009
    E. Composite Loan History Report
    F. BPO's dated January 5, 2012, June 5, 2012, November 12, 2012 and May 24, 2013
    G. Payoff Statement dated August 16, 2013

Jennifer Rainey  
Affiant Printed Name

_____  
Affiant Signature

    Subscribed to and sworn before me this 22nd day of August, 2013 by Jennifer Rainey, known to me.

_____  
Notary Public

**NANETTE OLIVERA**  
Notary Public - State of Florida  
My Comm. Expires Jul 26, 2015  
Commission # EE 116029  
Bonded Through National Notary Assn.

State of _Florida_  
My Commission expires: 7/26/15

